IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **TRAVIS FOSTER EDEN** § | | **CIVIL ACTION NO.** |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| vs. § | | 4:15-CV-00267 |
| § | | |
| **MESUD CEVRA and MID-WEST** § | | |
| **EXPRESS, INC.,** § | | |
| § | | |
| **Defendants,** § | | |

## JOINT STIPULATION OF DISMISSAL

Per Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal with prejudice of Plaintiff's claims in this suit without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Respectfully submitted,

Wood, Thacker & Weatherly, P.C.
400 West Oak Street, Suite 310
Denton, Texas 76201
(940) 565-6565
(940) 566-6673 (Fax)
/s/ Susan Motley_____
Grace Weatherly (Lead Counsel)
Texas Bar No. 00788632
grace@wtwlawfirm.com
Susan Motley
Texas Bar No. 24002655
(susan@wtwlawfirm.com)

ATTORNEYS FOR PLAINTIFF

Respectfully submitted,

Ray, McChristian & Jeans, P.C.
101 Summit Avenue, Suite 705
Fort Worth, Texas  76102
(817) 335-7201
(817) 335-7335 (Fax)
/s/ Michael K. Dean
Michael K. Dean (Lead Counsel)
Texas Bar No. 00787342
mdean@rmjfirm.com
Jeffrey D. Parks
Texas Bar No. 24076607
jparks@rmjfirm.com

ATTORNEYS FOR DEFENDANT