**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TRAVIS FOSTER EDEN | § § § | |
| *Plaintiff* | § § | |
| V. | § § | CASE NO. 4:15cv267 |
| | § | Chief Judge Clark/Judge Craven |
| MESUD CEVRA and MID-WEST EXPRESS, INC. | § § § | |
| *Defendants.* | § | |

### ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal [Doc. #34] pursuant to FED. R. CIV. P. 41.

It is **ORDERED** that this case is **DISMISSED** with prejudice, with each party to bear their own costs.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**So Ordered and Signed**
**Dec 7, 2016**

_____
Ron Clark, United States District Judge